IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTY THOMPSON, | CASE NO. 1:09-cv-00963 JLT |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security | |
| Defendant. | |

Pursuant to the Plaintiff's request, for good cause appearing, and in light of the filing of his Opening Brief on January 14, 2010,

IT IS HEREBY ORDERED that Plaintiff's application for an extension of time of one day to file his Opening Brief, up to and including January 14, 2010, is GRANTED.

IT IS SO ORDERED.

Dated:  **January 15, 2010**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1